



**Office of the General Counsel**

**Andrew E. Rice**
*Associate General Counsel*

Mount Sinai Health System
One Gustave L. Levy Place, Box 1099
New York, NY 10029

Tel: 212-659-8105
Fax: 212-348-2230
andrew.rice@mountsinai.org

August 8, 2024

**By ECF**

Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Hormigo v. Icahn School of Medicine at Mount Sinai, et al.*,
               Civil Action No. 24-CV-04757 (DEH)

Dear Judge Ho:

      We represent Defendants in the above-referenced action and write jointly with Plaintiff's counsel to respectfully request an adjournment of the initial pretrial conference scheduled for August 22, 2024 and an extension of the time to file the joint letter and proposed Civil Case Management Plan and Scheduling Order currently due on August 14, 2024, pursuant to Your Honor's Notice of Initial Pretrial Conference ("IPC Notice").

      This is the first request for such an adjournment and extension.

      Defendants were served with the Complaint and related documents, including the IPC Notice, on Tuesday, August 6, 2024, and need time to analyze the Complaint, engage outside counsel, and confer with Plaintiff concerning the joint letter and other matters required by the Federal Rules of Civil Procedure and the IPC Notice. For this reason, as well as scheduled time out of the office in August and September, Defendants proposed to Plaintiff's counsel that the parties jointly request that the Initial Pretrial Conference be adjourned to a date no earlier than September 30, 2024, and that the deadlines contained in the IPC Notice be extended accordingly. Plaintiff's counsel has consented to this request.

      Thank you for your attention to this matter.

1

Respectfully submitted,

| | |
|---|---|
| /s/ Amy Shulman | /s/ Andrew E. Rice |
| Amy Shulman | Andrew E. Rice |
| Outten & Golden LLP | Associate General Counsel |
| 685 Third Avenue, 25th Floor | Mount Sinai Health System |
| New York, New York 10017 | One Gustave L. Levy Pl., Box 1099 |
| (347) 390-2144 | New York, New York 10029 |
| AShulman@outtengolden.com | (212) 659-8105 |
| | andrew.rice@mountsinai.org |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendants* |

Application **GRANTED**. The proposed case management plan and scheduling order shall be due by **October 3, 2024**. The initial pretrial conference is adjourned to **October 10, 2024, at 10:30 a.m. (E.T.)**. The Microsoft Teams conference line remains unchanged. Accordingly, the parties shall dial 646-453-4442, enter the meeting code 377164402, and press pound (#).

SO ORDERED. The Clerk of Court is respectfully requested to terminate ECF No. 11.

Dale E. Ho
United States District Judge
New York, New York
Dated: August 9, 2024