UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adilia Hormigo,<br><br>                    Plaintiff,<br><br>         v.<br><br>Icahn School of Medicine at Mount Sinai, Mount Sinai Health System, Mount Sinai Hospital,<br><br>                    Defendant. | 24 Civ. 4757 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On October 3, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for October 10, at 10:30 a.m. EST. The Court finds the parties' proposed plan and scheduling order satisfactory and without issue. Accordingly, the initial pretrial conference is hereby **CANCELLED.** If the parties wish to proceed with a conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: October 9, 2024
       New York, New York

                                                                    _____
                                                                         DALE E. HO
                                                                    United States District Judge