UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hormigo, M.D., Ph.D.,<br><br>       Plaintiff,<br><br>   v.<br><br>Icahn School of Medicine at Mount Sinai et al,<br><br>       Defendants. | 24-CV-04757 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  At the Rule 37.2 Conference held on October 9, 2025, for reasons stated on the record, the Court made the following determinations regarding Plaintiff's pre-motion letter seeking to compel production of several categories of documents, ECF No. 45:

  With respect to Plaintiff's Third Request No. 1, the motion is **DENIED WITHOUT PREJUDICE AS MOOT** in light of Defendants' willingness to stipulate or provide relevant documentation showing that Plaintiff did not provide medical treatment to BM unrelated to participation in a vaccine trial. Further, Defendants agreed to provide any information relating to complaints by BM about treatment by medical staff related to BM's treatment for glioblastoma. The Court finds that these concessions substantially address Plaintiff's request.

  With respect to Plaintiff's Third Request No. 6, the motion is **GRANTED IN PART AND DENIED IN PART.** Defendants shall produce redacted versions of the employment agreements and any amendments to those agreements, subject to the omission of information relating to compensation and/or other unrelated provisions. However, Plaintiff's request for far more voluminous documentation outside the agreements themselves is **DENIED**.

  With respect to Plaintiff's First Request No. 49, the motion is **DENIED WITHOUT PREJUDICE.** The parties are directed to meet and confer regarding the status of production of

these documents and may return to the court with a subsequent motion if they are unable to come to agreement.

With respect to Plaintiff's Third Request Nos. 4 and 5, the motion is **DENIED WITHOUT PREJUDICE AS MOOT**. The parties are directed to meet and confer regarding the proper supervisory employees who may have received relevant comparator complaints and ensure production of received complaints, if any, from such person(s). The parties may return to the court with a subsequent motion if they are unable to come to agreement.

Lastly, with respect to Plaintiff's allegations of vaccine trial interference, the motion is **GRANTED IN PART AND DENIED IN PART.** Defendants shall produce requested documents relating to the handling of vaccine trials after transfer to another institution, but only for trials transferred on or after January 1, 2020.

SO ORDERED.

Dated: October 9, 2025
      New York, New York

                                        DALE E. HO
                            United States District Judge