UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hormigo, M.D., Ph.D<br><br>                    Plaintiff,<br><br>v.<br><br>Icahn School of Medicine at Mount Sinai et al.,<br><br>                    Defendants. | 24-CV-4757 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

    Due to an unforeseen scheduling conflict, the Court reschedules the post-discovery conference set for December 18, 2025, to **December 17, 2025, at 12 p.m**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: [311 719 617], followed by the pound (#) sign.

    SO ORDERED.

Dated: November 17, 2025
       New York, New York

_____
DALE E. HO
United States District Judge