UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hormigo, M.D., Ph.D.,<br><br>                              Plaintiff,<br><br>                    v.<br><br>Icahn School of Medicine at Mount Sinai et al,<br><br>                              Defendants. | 24-CV-04757 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Upon review of the briefing regarding Plaintiff's letter requesting a pre-motion conference, ECF Nos. 58, 60, 62, and 63, the Court construes the letters as briefing on a motion to compel, and orders the following:

With respect to the request for depositions, the motion is **GRANTED**.  The Court concludes that the proposed deponents have discoverable, non-duplicative information.  Plaintiff may conduct three remote or in-person, half-day depositions in the month of January.  The Parties are directed to meet and confer as to the exact dates and times of these depositions.  On or before December 9, 2025, the Parties are directed to file a joint letter stating whether the fact discovery deadline should be extended or whether the additional depositions can occur without moving the deadline.

With respect to the documents that Plaintiff alleges are incomplete or missing, Plaintiff's motion is **DENIED** for substantially the reasons set forth in Defendants' opposition, ECF No. 62 at 1-2.

With respect to the Amended Order and Plaintiff's Third Request No. 7, the motion is **DENIED WITHOUT PREJUDICE** in light of Defendants' representation that no such documents exist.

With respect to Plaintiff's Third Request No. 8, the Court **RESERVES** the question and **ORDERS** as follows.  The Parties are directed to submit a joint letter by December 10, 2025 addressing their understanding, if any, of the answers to the following:

1. Whether the records in questions are electronically searchable (or can be converted into a format making electronic searching feasible);

2. Approximately how many records would need to be searched;

3. Any other facts bearing on the relevance and proportionality of this request that they have not raised previously.

The joint letter shall not exceed two pages absent a showing of good cause.

SO ORDERED.

Dated:  December 5, 2025
        New York, New York

_____
        DALE E. HO
        United States District Judge

2