akerman

Brittany Buccellato
Special Counsel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

T: 212 880 3800
F: 212 880 8965
brittany.buccellato@akerman.com

December 9, 2025

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Hormigo v. Icahn School of Medicine at Mount Sinai, et al., 24 Civ. 04757 (DEH)**

Dear Judge Ho:

On behalf of our client, Defendant Icahn School of Medicine at Mount Sinai ("Defendant" or "Mount Sinai") (named herein as "Icahn School of Medicine at Mount Sinai, Mount Sinai Health System, and Mount Sinai Hospital"), we write regarding the Court's Order, dated December 5, 2025, permitting Plaintiff to take three additional half-day depositions.

As the Court knows, Plaintiff's counsel requested to take three additional half-day depositions. The court granted that request in an Order that stated in part, "Plaintiff may conduct three remote or in-person, half-day depositions in the month of January." In previous conversations with Plaintiff's counsel regarding half-day depositions, she stated that a half-day deposition does not mean that there is a limit on the number of hours for that deposition. It is nonsensical to suggest that counsel for Plaintiff can take a half-day deposition for four, five, or even six hours. To state the obvious, a full-day deposition is limited to 7 hours of testimony. Logic and basic math compels the conclusion that a half-day deposition is limited to 3.5 hours of testimony. To avoid disputes that will inevitably arise absent clarity, Mount Sinai requests that the Court enter an order limiting the three half-day depositions to 3.5 hours of testimony each.

Respectfully submitted,

/s/ Brittany Buccellato

Brittany Buccellato

cc: Amy Shulman, Esq. and Amanda Chan, Esq., Attorneys for Plaintiff (via ECF)