UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hormigo, M.D., Ph.D.,<br><br>                          Plaintiff,<br><br>                 v.<br><br>Icahn School of Medicine at Mount Sinai, et al.,<br><br>                          Defendants. | 24-CV-4757 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On review of the several discovery motions filed at ECF Nos. 65-67, the Court rules as follows:

1.  The fact discovery deadline is hereby EXTENDED to January 23, 2025.  The post-discovery conference set for December 17th is hereby ADJOURNED to February 5, 2026 at 2:00 p.m.;

2.  The Court CLARIFIES that half-day depositions refers to half of a seven-hour day, meaning each of Plaintiff's additional depositions shall take no longer than 3.5 hours;

3.  Defendants' request for additional time to depose Plaintiff is DENIED for failure to show that Defendants could not have questioned Plaintiff on this exact information at their previous full-day deposition.

The Clerk of Court is respectfully directed to terminate ECF Nos. 65, 66, and 67.

SO ORDERED.

Dated: December 10, 2025
          New York, New York

_____
          DALE E. HO
United States District Judge