UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hormigo,<br><br>    Plaintiff,<br><br>  v.<br><br>Icahn School of Medicine at Mount Sinai, et al.,<br><br>    Defendants. | 24-CV-4757 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

As stated on the record at today's conference, the Court **GRANTS IN PART and DENIES IN PART** Plaintiff's letter motion to compel.  Defendants are **ORDERED** to produce records pertaining to entries made by Dr. Chan for the year 2018 and for the weeks of 2019 that Dr. Chan was not scheduled to be on-service based on the schedule in Plaintiff's possession.  The Parties are directed to meet and confer regarding whether the entries for 2018 can be narrowed on the basis of Dr. Chan's schedule.

The parties are further **DIRECTED** to submit a proposed amended case management plan to the Court no later than December 23, 2025.

SO ORDERED.

Dated: December 17, 2025
   New York, New York

DALE E. HO
United States District Judge