akerman

Brittany Buccellato
Special Counsel

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

T: 212 880 3800
F: 212 880 8965
brittany.buccellato@akerman.com

March 16, 2026

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Hormigo v. Icahn School of Medicine at Mount Sinai, et al.**
**24 Civ. 04757 (DEH)**

Dear Judge Ho:

On behalf of our client, Defendant Icahn School of Medicine at Mount Sinai (named herein as "Icahn School of Medicine at Mount Sinai, Mount Sinai Health System, and Mount Sinai Hospital"), and further to our letter to the Court, dated February 25, 2026, we write regarding the deposition of Phillip Semprevio ("Semprevio"). Semprevio is available to be deposed before the April 17, 2026 discovery deadline. We provided his availability to counsel for Plaintiff.

Respectfully submitted,

/s/ Brittany Buccellato

Brittany Buccellato

cc: Amy Shulman, Esq., Amanda Chan, Esq., and Jarron McAllister, Esq., Attorneys for Plaintiff (via ECF)