OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

July 22, 2026

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Hormigo v. Icahn School of Medicine at Mount Sinai, et al.**
**24 Civ. 04757 (DEH)**

Dear Judge Ho:

The parties submit this joint status letter pursuant to the Court's Order, dated June 25, 2026. *See* ECF No. 94.

## I. Dispositive Motions

Once discovery is complete, and, if the below-referenced mediation before a Magistrate Judge is unsuccessful, Defendants intend to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Defendants propose that their motion for summary judgment be due forty-five (45) days after the mediation session, and that their reply papers be filed three weeks after Plaintiff's opposition papers.[1] Plaintiff agrees to such periods provided that Plaintiff has at least forty-five (45) days after Defendants' filing to file opposition papers. The parties propose that, if the mediation is unsuccessful, within three (3) business days after the mediation, they submit a joint status letter identifying specific dates for summary judgment briefing deadlines consistent with the above-referenced time-periods.

## II. Settlement Efforts

Counsel for the parties have engaged in settlement discussions. Most recently, in November 2025, before depositions commenced, Plaintiff made a settlement proposal but Defendants did not respond to it.

[1] Defendants request 45 days from the mediation if unsuccessful to file their motion for summary judgment due to the significant record in this case (e.g., approximately 9,411 pages of written discovery exchanged and 14 depositions).

**New York**
685 3rd Avenue, 25th Floor,
New York, NY 10017
(212) 245-1000

**Oakland**
1999 Harrison Street, Suite 1500,
Oakland, CA 94612
(415) 322-1391

**Washington, DC**
1225 New York Avenue NW,
Suite 1200B, Washington DC 20005
(202) 847-4400

**III. Mediation**

The parties request referral for settlement discussions before a Magistrate Judge before summary judgment briefing.

Respectfully submitted,

AKERMAN LLP
Counsel for Defendants

By: /s/ Brittany Buccellato
Brittany Buccellato

Respectfully submitted,

OUTTEN & GOLDEN LLP
Counsel for Plaintiff

By: /s/ Amy Shulman
Amy Shulman