UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADILA HORMIGO, M.D., PH.D.<br><br>Plaintiff,<br><br>- Against –<br><br>ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, MOUNT SINAI HEALTH SYSTEM AND MOUNT SINAI HOSPITAL,<br><br>Defendants. | Civil Case No. 1:24-cv-04757-DEH |

**REQUEST TO WITHDRAW AS COUNSEL OF RECORD**

Request is hereby made by Ayelén R. Rodriguez of Dentons US LLP, counsel of record for Icahn School of Medicine at Mount Sinai, Mount Sinai Health System and Mount Sinai Hospital in the above-captioned action, to withdraw as counsel of record in this action as her employment with Akerman LLP has concluded.

Dated: July 23, 2026
New York, New York

Respectfully submitted,

DENTONS US LLP

By: */s/ Ayelén R. Rodriguez*

1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-6700
Ayelen.rodriguez@dentons.com