OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

**Based on the Parties' representations regarding the close of discovery, the Court concludes a conference is not necessary. The Conference scheduled for July 30, 2026 is ADJOURNED *sine die*. The Court will refer this matter to the assigned magistrate judge for a settlement conference by separate order. Within three days of the conference, the Parties are directed to file a joint status letter, including a proposed briefing schedule for dispositive motions if settlement is not achieved.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 23, 2026
New York, New York

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Hormigo v. Icahn School of Medicine at Mount Sinai, et al.**
**24 Civ. 04757 (DEH)**

Dear Judge Ho:

The parties submit this joint status letter pursuant to the Court's Order, dated June 25, 2026. *See* ECF No. 94.

## I. Dispositive Motions

Once discovery is complete, and, if the below-referenced mediation before a Magistrate Judge is unsuccessful, Defendants intend to file a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. Defendants propose that their motion for summary judgment be due forty-five (45) days after the mediation session, and that their reply papers be filed three weeks after Plaintiff's opposition papers.[1] Plaintiff agrees to such periods provided that Plaintiff has at least forty-five (45) days after Defendants' filing to file opposition papers. The parties propose that, if the mediation is unsuccessful, within three (3) business days after the mediation, they submit a joint status letter identifying specific dates for summary judgment briefing deadlines consistent with the above-referenced time-periods.

## II. Settlement Efforts

Counsel for the parties have engaged in settlement discussions. Most recently, in November 2025, before depositions commenced, Plaintiff made a settlement proposal but Defendants did not respond to it.

[1] Defendants request 45 days from the mediation if unsuccessful to file their motion for summary judgment due to the significant record in this case (e.g., approximately 9,411 pages of written discovery exchanged and 14 depositions).

**III. Mediation**

The parties request referral for settlement discussions before a Magistrate Judge before summary judgment briefing.

Respectfully submitted,

AKERMAN LLP
Counsel for Defendants

By: /s/ Brittany Buccellato
Brittany Buccellato

Respectfully submitted,

OUTTEN & GOLDEN LLP
Counsel for Plaintiff

By: /s/ Amy Shulman
Amy Shulman