UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Hormigo, M.D., Ph.D.,

Plaintiff[s],

v.

Icahn School of Medicine at Mount Sinai et al

Defendant[s].

24 -CV- 4757 (DEH)

ORDER OF REFERENCE TO A MAGISTRATE JUDGE

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute: ____________
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: ____________
- [x] Settlement
- [ ] Inquest After Default/Damages Hearing
- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: ____________
- [ ] Habeas Corpus
- [ ] Social Security
- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: ____________

SO ORDERED.

Dated: July 23, 2026
New York, New York

DALE E. HO
United States District Judge