OUTTEN & GOLDEN LLP

Advocates for Workplace Fairness

September 8, 2026

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *Hormigo v. Icahn School of Medicine at Mount Sinai, et al.*, 24 Civ. 04757 (DEH)

Dear Judge Wang:

Pursuant to the Order of Reference to Magistrate Judge, dated July 23, 2026 (ECF No. 102) and Section II.B of the Court's Individual Practices, the parties write jointly to request an Order setting a mediation conference with Your Honor.

Plaintiff, a former Professor and Director of the Neuro-Oncology Program at Defendants, asserts claims of gender and age discrimination and retaliation under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, *et seq.*, New York State Human Rights Law, N.Y. Exec. L. § 290, *et seq.* and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-107, *et seq.* Defendants deny Plaintiff's allegations. As set forth in the Joint Status Report dated July 22, 2026 (ECF No. 98), discovery in this action is complete, and the parties seek mediation with the Court before summary judgment briefing. (Summary judgment briefing is not yet scheduled).

The parties (and Defendants' liability insurance carrier representative) and counsel are available on October 7 and 14 for mediation and will be pleased to propose additional dates should the Court wish.

Pursuant to Section III.c of the Court's Individual Practices, the parties will submit their respective *ex parte* Settlement Conference Summary Forms and letters seven (7) days in advance of the scheduled mediation. The Court's considerations are appreciated.

Respectfully submitted,

**AKERMAN LLP**
Counsel for Defendants

*/s/ Brittany Buccellato*
Brittany Buccellato

**OUTTEN & GOLDEN LLP**
Counsel for Plaintiff

*/s/ Amy Shulman*
Amy Shulman