**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

ADILIA HORMIGO, M.D., PH.D.,

Plaintiff,

-against-

ICAHN SCHOOL OF MEDICINE AT MOUNT SINAI, et al.,

Defendants.

-----------------------------------------------------------x

24-CV-4757 (DEH) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, November 18, 2026 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: October 22, 2026
New York, New York